[No. 33678-9-I. Division One. April 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J. JOLLIFFE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02383-5, Ricardo S. Martinez, J., entered November 8, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.

[No. 34183-9-I. Division One. April 1, 1996.]

*In the Matter of the Marriage of* CHARLES R. MELGIN, *Appellant, and* JANE MELGIN, A.K.A. JANE ASHLEY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-3-00036-2, Murray McLeod, J. Pro Tem., entered January 31, 1994. *Dismissed* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Becker, J.

[Nos. 34497-8-I; 34729-2-I; Division One. April 1, 1996.] 35728-0-I.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT E. LAGROUE, *Appellant*.

*In the Matter of the Personal Restraint Petition of* ROBERT E. LAGROUE, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-08333-3, Bobbe J. Bridge, J., entered April 12, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Cox, J.